```
DANIEL G. BOGDEN
Nevada Bar No. 2137
United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Carlos.Gonzalez2@usdoj.gov
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARK FREEMAL, )<br>)<br>Defendant. )<br>_____ ) | 2:03-CR-557-KJD-PAL<br><br>MOTION TO VACATE JUDGMENT<br>DEBTOR EXAMINATION |

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Carlos A. Gonzalez, Assistant United States Attorney, and moves this Honorable Court for an Order to vacate the Supplementary Proceedings (Judgement Debtor Examination) scheduled for July 10, 2012, at 11:00 a.m. This motion is made because the United States Marshal Service or private service was unable to locate and serve the defendant, Mark Freemal.

DATED this  25th  day of June , 2012.

DANIEL G. BOGDEN
United States Attorney

/s/Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:03-CR-557-KJD-PAL |
| vs. | ) ) | ORDER |
| MARK FREEMAL, | ) ) | |
| Defendant. | ) ) | |

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgement Debtor Examination) scheduled for July 10, 2012, at 11:00 a.m. be granted.

DATED this "8y day of Lwn, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
DANIEL G. BOGDEN
United States Attorney

/s//Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney