UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 19 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:03-CR-557-KJD-PAL |
| Plaintiff, ) | |
| vs. ) | |
| MARK FREEMAL ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#44), sentencing held on January 11, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $8,904.73

**Total Amount of Restitution ordered: $8,904.73**

Dated this 18th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE